THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. PIETRO REBACCI, Appellant.

(Argued January 19, 1914; decided February 3, 1914.)

APPEAL from a judgment of the Supreme Court, rendered June 27, 1913, at a Trial Term for the county of Westchester, upon a verdict convicting the defendant of the crime of murder in the first degree.

*John J. Hughes* for appellant.

*Frederick E. Weeks, District Attorney (William J. Fallon* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ.

---

IRVING C. REYNOLDS, by CHARLES REYNOLDS, His Guardian ad Litem, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.

*Reynolds v. Lehigh Valley R. R. Co.*, 148 App. Div. 345, affirmed.
(Argued January 19, 1914; decided February 3, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 6, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*James McCormick Mitchell* for appellant.

*Augustus Thibaudeau* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ.